# IRWIN

**UNITED STATES DISTRICT COURT**
**OR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Criminal. No. _19-20301 JPM_ |
| | ) | |
| **FRED LEE WILLIAMS,** | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| **Defendant.** | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 12, 2018, in the Western District of Tennessee, the defendant,

**FRED LEE WILLIAMS**

did possess in and affecting interstate commerce a firearm, that is, a Smith & Wesson .40 caliber pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL:**

_____
**F O R E P E R S O N**

DATED: _____

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**