# MEMPHIS POLICE DEPARTMENT

**RECORD OF ARREST** REV 12-22-04

Race: W-White B-Black I=Indian A-Asian/Oriental
Ethnic: H-Hispanic N-Non-Hispanic U-Unknown

| Day | Date | Time | Location of Arrest | District | Adult [X] Remanded [ ] Juvenile [ ] Juvenile [ ] | Sequence / Suspect # | Booking No. |
|---|---|---|---|---|---|---|---|
| Thursday | 07/12/2018 | 7:30 PM | 3659 N Watkins St Memphis, TN 38127 | 121 | Adult [X] | 1 | 18115029 |

| Last Name | First | Middle | Aliases-Nickname | Driver License No. & State | SSN | Home Phone |
|---|---|---|---|---|---|---|
| Williams | Fred | L | | 095302939 TN | 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 | |

| Date of Birth | Age | Sex | Race | Ethnic | Height | Weight | Hair | Eyes | Complexion | Occupation | Where Employed & Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/1983 | 35 | M | B | Non-hispanic | 5'06" | 190 | Bald/Part | Brown | | | |

| Residence Street | Apt # | City | State | Zip | Resident of jurisdiction where offense occurred? | Type of Arrest |
|---|---|---|---|---|---|---|
| 4228 Argonne St | | Memphis | TN | 38127- | [X] Yes [ ] No | [X] On scene WITHOUT warrant or previous offense [ ] With warrant or previously submitted report |

**Arrestee armed with at time of arrest:** (Check up to TWO and circle -A- if fully automatic)
- [ ] Handgun -A-
- [ ] Rifle -A-
- [ ] Shotgun -A-
- [ ] Firearm (type unknown)
- [ ] Other Firearm -A-
- [ ] Lethal cutting Instrument (knife, switchblade, etc.)
- [ ] Club, blackjack, brass knuckles

Weapon Make / Model: Smith & Wesson 40
Weapon Caliber: 40 cal
Weapon Serial No.:
Gang Affiliation / Name: None

| Arrestee Vehicle: | Year | Make | Model | Color | Lic & State | VIN | Accident | Disposition of Vehicle | Bureau Held For |
|---|---|---|---|---|---|---|---|---|---|
| | 2007 | Honda | Accord | Gray | 6J19X6 | 1HGCM66387A043447 | [ ]Yes [ ]No | Hold Harmless | |

| Domestic Violence Only - Warrant signed by: [ ] Officer [ ] Victim [ ] Both | Multiple Clearance Indicator [ ] Multiple [ ] Court Arrestee | Property Receipt No.(s) 180701084 |
|---|---|---|

| Bureau Involved | Offense Report No.(s) | Sheriff's R & I No. | State Control Number |
|---|---|---|---|
| Organized Crime Unit | 1807006349ME | | |

| [X] Complainant's Name [ ] Victim's Name | DOB | Age | Sex | Race | Residence Address | Residence Phone | Business Phone |
|---|---|---|---|---|---|---|---|
| John Richardson | | | M | W | 225 Channel 3 Dr | | |

| Witness | DOB | Age | Sex | Race | Residence Address | Residence Phone | Business Phone |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Charges and Court Action**

| TCA Code | TCA Description | Code | Count | Date | Hour | Div. | Disposition |
|---|---|---|---|---|---|---|---|
| 39-17-1324 | Possessing a firearm during commission/attempt to commit dangerous felony | 520 | 1 | | | | |
| 39-17-417 | Possess Controlled Substance w/i to Manufacture/Deliver/Sell *to wit marijuana* | 35A | 1 | | | | |

| Arresting Officer | Emp # | Arresting Officer | Emp # | Car # (s) | Transported By Car # |
|---|---|---|---|---|---|
| J. Richardson | 7099 | J. Bledsoe | 8957 | 2766 | 2766 |

| Investigating Officer | Emp # | Car # | Time | B.A.C. Results | Assigned | Supervisor Approving |
|---|---|---|---|---|---|---|
| | | | | | | |

Warrant # Court Source

**Narrative**
On 07/12/2018 at 19:30 hours, Sgt Richardson (7099) was conducting surveillance in the area of 3659 N Watkins Street. Sgt. Richardson observed defendant Williams sitting in a 2007 Honda Accord, bearing TN tag 6J19X6, on the parking lot of 3659 N Watkins, with the driver's door open. Sgt. Richardson observed the defendant pull a bag from the driver door pocket and show it to another male. The defendant then pulled a silver handgun from the center area of the car and began waving the gun around. The defendant then appeared to put the gun down and exited the vehicle. The defendant then walked over to a red Chrysler 300 on the lot. Officers approached the lot and detained the defendant. Officers observed the gun laying on the driver's side floor in plain view. While...

| RECORD OF ARREST (continued) | | | MEMPHIS POLICE DEPARTMENT | | | Offense Report No.(s) 1807006349ME |
|---|---|---|---|---|---|---|
| Day Date Time | | | Last Name | First | Middle | Aliases-Nickname |
| Thursday, 07/12/2018 7:30 PM | | | Williams | Fred | L | |

**Continuation of Narrative:**

driver's door to retrieve the gun, officers observed a clear bag of marijuana in the driver's door, where the defendant reached for the bag earlier. The gun and marijuana were seized. The defendant was read his Miranda rights by Detective Bledsoe, at which time he waived his rights and gave a written statement. The defendant stated he bought the gun today from a male for 3 grams of marijuana. The defendant stated he has been convicted of aggravated assault and was sentenced to 3 years in prison in Shelby County in 2011. The gun showed to be stolen in NCIC, per station B. The defendant was transported to 201 Poplar and the evidence was tagged in the P&E room by Detective Bledsoe, where the marijuana tested positive for THC and weighed 114.9 grams TGW. The defendant signed a hold harmless for the vehicle, which was driven away by Camile Wallace. This occurred in Shelby County TN.

# AFFIDAVIT OF COMPLAINT

STATE OF TENNESSEE
COUNTY of SHELBY

Personally appeared before me __J. Richardson #7099__ and made oath that on or about the __12__ day of __July__, 20__18__, in said County, and within the jurisdiction of the Criminal Court of Shelby County, Tennessee, one Fred L Williams, age 35, sex Male, whose last known address is 4228 Argonne St, Memphis, TN 38127-3334, did unlawfully commit the offense(s) of Possessing a firearm during commission/attempt to commit dangerous felony (T.C.A. 39-17-1324), Possess Controlled Substance w/i to Manufacture/Deliver/Sell (T.C.A. 39-17-417) and the essential facts constituting said offense(s) and the source of the affiant's information are as follows: to wit marijuana

On 07/12/2018 at 19:30 hours, Sgt Richardson (7099) was conducting surveillance in the area of 3659 N Watkins Street. Sgt. Richardson observed defendant Williams sitting in a 2007 Honda Accord, bearing TN tag 6J19X6, on the parking lot of 3659 N Watkins, with the driver's door open. Sgt. Richardson observed the defendant pull a bag from the driver door pocket and show it to another male. The defendant then pulled a silver handgun from the center area of the car and began waving the gun around. The defendant then appeared to put the gun down and exited the vehicle. The defendant then walked over to a red Chrysler 300 on the lot. Officers approached the lot and detained the defendant. Officers observed the gun laying on the driver's side floor in plain view. While opening the driver's door to retrieve the gun, officers observed a clear bag of marijuana in the driver's door, where the defendant reached for the bag earlier. The gun and marijuana were seized. The defendant was read his Miranda rights by Detective Bledsoe, at which time he waived his rights and gave a written statement. The defendant stated he bought the gun today from a male for 3 grams of marijuana. The defendant stated he has been convicted of aggravated assault and was sentenced to 3 years in prison in Shelby County in 2011. The gun showed to be stolen in NCIC, per station B. The defendant was transported to 201 Poplar and the evidence was tagged in the P&E room by Detective Bledsoe, where the marijuana tested positive for THC and weighed 114.9 grams TGW. The defendant signed a hold harmless for the vehicle, which was driven away by Camile Wallace. This occurred in Shelby County TN.

_____
Affiant
201 Poplar Ave, Memphis, Tennessee
Address

Sworn to and subscribed before me this __12__ day of __July__, 20__18__.

Booking Number: __18115029__

_____
Judge/Judicial Commissioner, General Sessions
Criminal Court of Shelby County, Tennessee

---

STATE OF TENNESSEE
COUNTY of SHELBY

## ARREST WARRANT

**TO ANY LAWFUL OFFICER OF THE STATE:**

INFORMATION ON OATH having been made that the offense(s) of Possessing a firearm during commission/attempt to commit dangerous felony (T.C.A. 39-17-1324), Possess Controlled Substance w/i to Manufacture/Deliver/Sell (T.C.A. 39-17-417) has been committed, and accusing Fred L Williams thereof. to wit marijuana
YOU ARE HEREBY COMMANDED IN THE NAME OF THE STATE to ARREST said defendant and bring him/her before me or any other Judge of the General Sessions Criminal Court of Shelby County.
This __12__ day of __July__, 20__18__.

_____